**Everett WATSON, Plaintiff–Appellant**

v.

**FLUOR DANIELS, INCORPORATED,** **Defendant–Appellee.**

No. 12–50730
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 25, 2013.

Everett Watson, Dallas, TX, pro se.

Dennis Paul Duffy, Esq., Baker & Hostetler, L.L.P., Houston, TX, for Defendant–Appellee.

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed.

Mr. Watson is apparently a skilled electrician who suffers from a heart condition that disqualified him from intended employment with Fluor Daniels, Inc. He brought this lawsuit seeking damages for his misfortune. The magistrate judge has explained by order dated March 1, 2012, why the lawsuit lacks legal merit, and the district judge has adopted that report and dismissed the case.

Mr. Watson's problem is that he has only his statements and views of the law to support his claims. There is no evidence of an actual employment contract or breach as required by the law and no legal support for the other claims. The magistrate judge's reasons should be accepted by him, and this court must affirm the judgment.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.